1  CALIFORNIA CIVIL RIGHTS LAW GROUP
   LAWRENCE A. ORGAN BAR NO. 175503
2  larry@civilrightsca.com
   JULIANNE K. STANFORD, BAR NO. 290001
3  julianne@civilrightsca.com
   332 San Anselmo Avenue
4  San Anselmo, CA 94960
   Tel:   +1.415.453.4740
5  Fax:   +1.415.785.7352

6  Attorneys for Plaintiff
   JEFFREY McNEALY
7
   MORGAN, LEWIS & BOCKIUS LLP
8  MELINDA S. RIECHERT BAR NO. 65504
   melinda.riechert@morganlewis.com
9  SACHA M. STEENHOEK
   sacha.steenhoek@morganlewis.com
10 One Market, Spear Street Tower
   San Francisco, CA  94105
11 Tel:   +1.415.442.1000
   Fax:   +1.415.442.1001
12
   Attorneys for Defendants
13 YRC INC. and erroneously sued YRC WORLDWIDE
   INC. and YRC FREIGHT
14

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| JEFFREY MCNEALY,<br><br>              Plaintiff,<br><br>    vs.<br><br>YRC WORLDWIDE, INC., a corporation, YRC FREIGHT; YRC INC., a corporation, and DOES 1 through 10, inclusive,<br><br>              Defendants. | Case No. 3:17-cv-02841-JST<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE**<br><br>[Civil L.R. 6-1, 6-2]<br><br>Case Removed:  May 17, 2017<br>Trial Date:         None Set |
|---|---|

STIPULATION AND ~~PROPOSED~~ ORDER
TO CONTINUE INITIAL CMC
CASE NO. 3:17-CV-02841-JST

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

Pursuant to Civil Local Rules 6-1 and 6-2, Plaintiff Jeffrey McNealy ("Plaintiff") and Defendant YRC INC. (and erroneously sued YRC WORLDWIDE INC. and YRC FREIGHT) ("Defendant") (collectively, the "Parties"), by and through their respective counsel of record, stipulate to continue the Case Management Conference currently scheduled for September 6, 2017, to September 20, 2017 or a later date that is convenient for the Court.

WHEREAS, on June 1, 2017 this Court first set the initial Case Management Conference for August 23, 2017 (Dkt. No. 11);

WHEREAS, the Parties timely filed a Joint Case Management Conference Statement on August 14, 2017 (Dkt. No. 12);

WHEREAS, on August 18, 2017, the Court continued the Case Management Conference to September 6, 2017 (Dkt. No. 13);

WHEREAS, Counsel for Defendant had planned to be out of state during the week of September 4 through 8, 2017, and is not available to attend the Case Management Conference in person or by telephone;

WHEREAS, Counsel for both Parties are available to attend a Case Management Conference on September 20, 2017, and request that the Court continue the conference to that first mutually-available date or a later date that is convenient for the Court;

WHEREAS, the Parties have requested no previous time modifications in this case, and no deadlines or trial dates have been set in this matter.

THEREFORE, IT IS STIPULATED by the Parties and respectfully requested that the Case Management Conference currently scheduled for September 6, 2017 be continued to September 20, 2017 at 2:00 p.m., or to a later date that is convenient for the Court.

IT IS SO STIPULATED.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION AND ~~PROPOSED~~ ORDER
TO CONTINUE INITIAL CMC
CASE NO. 3:17-CV-02841-JST

Dated: August 22, 2017    CALIFORNIA CIVIL RIGHTS LAW GROUP

By  *s/Julianne K. Stanford*
    Julianne K. Stanford
    Attorneys for Plaintiff
    JEFFREY MCNEALY

MORGAN, LEWIS & BOCKIUS LLP

Dated: August 22, 2017

By  *s/Sacha M. Steenhoek*
    Melinda S. Riechert
    Sacha M. Steenhoek
    Attorneys for Defendants
    YRC INC. (and erroneously sued YRC WORLDWIDE INC. and YRC FREIGHT)

I, the filer of this document attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

By:    */s/ Sacha M. Steenhoek*
       Sacha M. Steenhoek

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

STIPULATION AND ~~PROPOSED~~ ORDER
TO CONTINUE INITIAL CMC
CASE NO. 3:17-CV-02841-JST

# [PROPOSED] ORDER

PURSUANT TO STIPULATION, the Order setting the Case Management Conference for September 6, 2017 is hereby vacated. The Court hereby sets a new Case Management Conference for September 20, 2017 at 2:00 p.m.

IT IS SO ORDERED.

Dated: _August 23, 2017

_____
Hon. Jon S. Tigar
United States District Judge

DB2/ 31853774.1

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

STIPULATION AND ~~PROPOSED~~ ORDER
TO CONTINUE INITIAL CMC
CASE NO. 3:17-CV-02841-JST